**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-6181

CLINTON RATLIFF,

Plaintiff - Appellant,

versus

JIM RUBENSTEIN, Commissioner, West Virginia
Division of Corrections; EVELYN SEIFERT,
Warden, Northern Regional Jail & Correctional
Facility; ROBERT KNIGHT, Correctional Officer,

Defendants - Appellees.

Appeal from the United States District Court for the Northern
District of West Virginia, at Wheeling. Frederick P. Stamp, Jr.,
District Judge. (5:05-cv-00052-FPS)

Submitted: June 15, 2006                 Decided: June 20, 2006

Before KING, SHEDD, and DUNCAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Clinton Ratliff, Appellant Pro Se. Philip Cameron Petty, Stephanie
Ann Jones, ROSE PADDEN & PETTY, LC, Fairmont, West Virginia;
Charles Patrick Houdyschell, Jr., WEST VIRGINIA DIVISION OF
CORRECTIONS, Charleston, West Virginia; David L. Wyant, BAILEY &
WYANT, PLLC, Wheeling, West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Clinton Ratliff appeals the district court's order dismissing his civil action under 42 U.S.C. §§ 1983, 1985(3), 1986 (2000) as frivolous under 28 U.S.C. §§ 1915(e)(2)(B); 1915A(b) (2000). We have reviewed the record and find that the appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Ratliff v. Rubenstein, No. 5:05-cv-00052-FPS (N.D.W. Va. Jan. 13, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.

DISMISSED